PER CURIAM.
Affirmed. See Teal v. State, 862 So.2d 871 (Fla. 2d DCA 2003); McCall v. State, 862 So.2d 807 (Fla. 2d DCA 2003); O’Neal v. State, 862 So.2d 91 (Fla. 2d DCA 2003); Wright v. State, 834 So.2d 879 (Fla. 3d DCA 2002); Dixon v. State, 812 So.2d 471 (Fla. 4th DCA), review denied, 831 So.2d 671 (Fla.2002). As this court did in both Teal and McCall, we certify direct conflict with Richardson v. State, 884 So.2d 950, 2003 WL 21697171 (Fla. 4th DCA July 23, 2003).
Affirmed; conflict certified.
STRINGER, VILLANTI, and WALLACE, JJ., Concur.